**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

CASE NO.: ___________________

JONI JESSICA GOMES, an individual,

Plaintiff,

v.

34 DEGREES, LLC, a limited liability company,

Defendant.

----------------------------------------------------------/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff Joni Jessica Gomes sues Defendant 34 Degrees, LLC and alleges:

## NATURE OF THE ACTION

1. This action arises from Defendant's continued commercial display and use of two photographs created and owned by Plaintiff after its written, time-limited license expired. Plaintiff seeks relief for copyright infringement under 17 U.S.C. §§ 106 and 501 and for breach of the parties' written photography services contract under Florida law.

## PARTIES JURISDICTION AND VENUE

2. Plaintiff Joni Jessica Gomes is an individual residing in Miami-Dade County, Florida. Joni Jessica Gomes conducts photography services under the name Foodbyjonister, LLC and is identified personally as the copyright claimant on the registration at issue.

3. Defendant 34 Degrees, LLC is a limited liability company of Colorado with an address at 1001 Bannock Street, Denver, Colorado 80204.

4. This Court has original subject-matter jurisdiction over the copyright claim under 28 U.S.C. §§ 1331 and 1338(a) and supplemental jurisdiction over the related contract claim under 28 U.S.C. § 1367(a). Both claims arise from Defendant's use of the same photographs after the same license expired.

5. Defendant consented to personal jurisdiction in courts located in Miami-Dade County, Florida, in the parties' written contract. Defendant also entered into a contract with a

photographer located in Miami-Dade County for creation and use of the photographs, and Defendant's alleged online uses were accessible in this District.

6. Venue is proper under 28 U.S.C. §§ 1391(b) and 1400(a) because Defendant consented to exclusive venue in courts located in Miami-Dade County, Florida, and is subject to personal jurisdiction in this District with respect to this civil action. The contract provides that disputes requiring resolution are subject to exclusive venue and jurisdiction in courts located in and for Miami-Dade County, Florida.

**COMMON FACTUAL ALLEGATIONS**

7. Plaintiff is a professional photographer. On or about February 16 and 19, 2024, Plaintiff and Defendant, through its representative, executed a written Photography Service Contract (the "Contract"). A copy is attached as Exhibit A.

8. The Contract states a start date of March 1, 2024 and an end date of April 30, 2024. The Contract called for three product image shoots and five images per shoot for Defendant's products. The Contract states that Plaintiff retains the copyrights to the content she created.

9. The Contract granted Defendant an exclusive but limited license for digital and print uses within the United States for 24 months from the Contract's end date. The permitted media stated in the Contract included Defendant's website, social media, ecommerce, email marketing, and print advertising. The license defined in the Contract expired at the end of April 30, 2026.

10. The Contract expressly provides that, after the license expires, content may not be used for marketing and advertising, and that continued use on any website or ecommerce platform must be renewed. The Contract provides an option to request a renewal and requires a written request followed by a signed renewal agreement. The Contract separately permits certain pre-expiration social media posts to remain online, but does not extend that exception to website and ecommerce uses.

11. Plaintiff created and owns the original photographs at issue. On April 11, 2024, before the alleged infringement began, the United States Copyright Office registered a group of 16 published photographs entitled "34 Degrees March April Shoots" under Registration No. VA 2-405-322. Plaintiff is identified as the author and copyright claimant. A copy of the certificate is attached as Exhibit B.

12. Two of Plaintiff's photographs within the licensed and registered group appear in Exhibit C (the "Photographs"): a product and food spread featuring Original Cheese mates packaging, and a product and food spread featuring Rosemary & Garlic mates packaging.

13. Exhibit D includes an image of the Photographs identified in Exhibit C appearing in a 34 Degrees Amazon product listing.

14. After April 30, 2026, Defendant continued to display and use the Photographs in connection with the marketing and sale of its products, including on its website and on an Amazon product listing for its Rosemary & Garlic product. Those uses fell outside the term of the license and outside the Contract's exception for older social media posts.

15. Plaintiff did not sign a renewal agreement, authorize continued website or ecommerce use, or receive a fee for a renewal of these Photographs. Defendant had access to the Photographs through Plaintiff's delivery under the Contract and used copies of the same Photographs.

16. Plaintiff notified Defendant of the unauthorized uses in a demand letter dated June 10, 2026. Defendant, through its vice president of operations, acknowledged the two photographs at issue and represented that it began removing them from its Amazon listings and website after receiving notice.

17. Plaintiff has suffered damages from Defendant's unauthorized use.

**COUNT I COPYRIGHT INFRINGEMENT**

**17 U.S.C. §§ 106 AND 501**

18. Plaintiff realleges paragraphs 1 through 17 as if fully set forth here.

19. The Photographs are original works of authorship protected by the Copyright Act. Plaintiff owns their copyrights and registered them before the infringement alleged in this Complaint began. The registration satisfies 17 U.S.C. § 411(a).

20. Without authorization after expiration of its license, Defendant reproduced and publicly displayed the Photographs on its website and ecommerce listing in connection with marketing its goods, in violation of Plaintiff's exclusive rights under 17 U.S.C. § 106(1) and (5).

21. Defendant had access to and used the very Photographs Plaintiff supplied; the copies displayed in Defendant's marketing were substantially similar to Plaintiff's works because they reproduced the Photographs themselves.

22. Defendant's conduct was intentional as to the acts of continued use, including continued use after notice.

23. Under 17 U.S.C. § 504, Plaintiff is entitled to elect, at the appropriate time, between actual damages plus attributable profits and statutory damages, subject to the applicable statutory requirements. Because the group registration contains separately identified photographs, Plaintiff seeks statutory damages for each infringed work to the extent the law and evidence permit. Plaintiff also seeks appropriate injunctive relief under 17 U.S.C. § 502 and allowable costs and attorney's fees under 17 U.S.C. § 505.

**COUNT II BREACH OF WRITTEN CONTRACT**

**FLORIDA LAW**

24. Plaintiff realleges paragraphs 1 through 17 as if fully set forth here.

25. The Contract is a valid written agreement supported by consideration. Plaintiff performed her material obligations under the Contract by creating and delivering the contracted photography, or her performance was otherwise excused.

26. The Contract imposed an express obligation independent of copyright law: after the 24-month license expired, Defendant would cease marketing and advertising uses of the content, including website and ecommerce uses, unless it requested and executed a renewal agreement.

27. Defendant materially breached that express obligation by continuing to use the Photographs on its website and ecommerce listings after April 30, 2026 without a signed renewal agreement.

28. As a direct result, Plaintiff suffered damages in an amount to be proved at trial, including the value of the bargained-for restriction and losses caused by the unauthorized continued uses.

**PRAYER FOR RELIEF**

Plaintiff requests judgment against Defendant as follows:

A. On Count I, actual damages and attributable profits under 17 U.S.C. § 504(b), or, at Plaintiff's election and to the extent available, statutory damages under § 504(c), including any enhancement proved warranted by willfulness;

B. On Count II, compensatory damages proved at trial, without duplicative recovery;

C. A permanent injunction under 17 U.S.C. § 502 against unauthorized reproduction or display of the Photographs, to the extent supported by the evidence and equitable requirements;

D. Taxable costs and, on Count I, reasonable attorney's fees to the extent permitted under 17 U.S.C. § 505, subject to any applicable contractual limitation;

E. Prejudgment and post-judgment interest to the extent allowed by law; and

F. Such other relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable.

Dated: Oct. 27, 2026

Respectfully submitted,

/s/ Mark Terry
Mark Terry, Esq.
Florida Bar No.: 506151
Mark Terry P.A.
10204 Northeast Second Avenue
Miami, FL 33138
Telephone: 800-344-4566
Email: mark@terryfirm.com
*Counsel for Plaintiff*

**EXHIBIT A**

# PHOTOGRAPHY SERVICE CONTRACT

CLIENT NAME: Shannon Engle, Marketing Coordinator at 34 Degrees, LLC

CLIENT ADDRESS: 2825 Larimer St, Denver, CO 80205

PHOTOGRAPHER NAME: Joni Gomes, Photographer dba Foodbyjonister, LLC

PHOTOGRAPHER ADDRESS 269 NW 86th ST, El Portal, FL 33150

CONTRACT START DATE: 03/01/2024 CONTRACT END DATE: 04/30/2024

PHOTOGRAPHER'S FEE: $2,500

**The above-listed Client and Photographer agree to the following terms:**

PHOTOGRAPHER DELIVERABLES
1. Photographer will complete 3 Product Image Creation shoots.
2. Photographer will provide 5 images per shoot.
3. All content will be submitted via WeTransfer link.
4. If Photographer should be unable to provide the services outlined in this contract for any reason, the Photographer agrees to refund any fees paid by the Client, minus applicable expenses.
5. Photographer will be responsible for the purchase of any additional ingredients* needed for the recipe shoots.

CLIENT RESPONSIBILITIES
1. The Client must pay for and ship all brand products to the Photographer's address. Shipment must arrive at least 5 business days prior to shoot day.
2. The Client and Photographer shall agree on which products to shoot at least one week prior to the first shoot of the month.
3. Further editing by the Client or any third party to the images delivered is not permitted, unless written consent is given by Photographer.
4. The Client's in-house graphic design team may add graphics to the images without compromising the integrity of the images.
5. Should brand products arrive damaged, the Client is responsible at the Client's expense for resending the brand products to the Photographer.

MEDIA STORAGE

After 24 months from the Contract End Date, the Photographer will no longer be responsible for archiving and storing of any proofs and digital files in connection with Client's video and image shoots.

ADDITIONAL SHOOT FEES

Product Image Creation (5 Images): $700
Recipe Image Creation (5 Images and 1 Written Recipe Document): $850
Product Video Creation (1 Video and 5 Images): $900
Recipe Video Creation (1 Video, 5 Images and 1 Written Recipe Document): $1,050

ADDITIONAL FEES

1. Additional Image/Video Editing: $50 per hour
2. Additional Image Ask: $50 per image
3. Early Content Submission, Rush Fee: $100
4. If additional photo shoot props requested by the Client exceed the amount of $50, a $50 prop fee will be added to the invoice. The Client must submit this request in writing.
5. *Should the Client ask for a single ingredient for a recipe shoot that exceeds the amount of $30, the cost of that ingredient will be added to the invoice.

PAYMENT

1. Photographer will submit monthly invoices via email to shannon@34-degrees.com and accounting@34-degrees.com.
2. Payments are due Net 30 days from invoice date.
3. Invoices will be paid via ACH Transfer.
4. Should the Client be late on a payment, there shall be a late payment penalty due in an amount equal to 20% of the payment due. Outstanding payment including the late fee are due upon receipt.

CANCELLATION POLICY

1. Should the Client want to cancel the contract, they must notify the Photographer in writing, the Client is responsible for the remaining 50% of the Photographer's Fee balance through the Contract End Date. The balance is due upon cancellation.
2. Any modification or amendment to this agreement requires the mutual consent of the parties in writing.

COPYRIGHT & USAGE LICENSING

1. Photographer retains copyright to all content created as all original works are protected by the U.S. Constitution. Copyright covers both published and unpublished works.
2. Photographer hereby grants the Client exclusive but limited digital and print usage rights for 24 months from the Contract End Date in the United States of America territory only.
3. Limited usage license only includes Client's website, social media, e-commerce, e-mail marketing, and print advertising.
4. If Client would like to use specified content for any advertising outside of the scope, a usage license fee must be paid.
5. After usage license has expired, content may not be used for any marketing and advertising purposes.
6. After usage license has expired, the Client may renew license for specified content for a renewal license fee.
7. Once usage license has expired continued use of content including on any website and e-commerce must be renewed. Any social media posts containing content posted prior to usage license expiration date do not need to be deleted, however, they may not be used for new paid advertisement campaigns and/or non-paid (organic social) posting.
8. Photographer can revoke the image license if client breaches contract due to lack of payment, misuse of images and selling images to a third party.

USAGE LICENSING RENEWAL

1. Client will have the option to renew an individual license for $200 per image or bundle license (5+ images) for $100 per image for a 24-month usage license.
2. Once written request to renew usage license has been submitted, the Photographer and Client will sign a usage license renewal agreement.
3. Any usage license will be for exclusive but limited digital and print usage rights in the United States of America territory only.

JURISTICTION

1. The validity, construction, enforceability of this agreement shall be governed in all respects by the laws of Florida, and the parties expressly agree that any dispute requiring resolution shall be subject and exclusive venue and jurisdiction of the Courts located in and for Miami-Dade County, Florida.
2. Each party shall bear their own attorney's fees and costs associated with any dispute arising from this herein agreement.

SIGNATURES

| | |
|---|---|
| CLIENT'S SIGNATURE | PHOTOGRAPHER'S SIGNATURE |
| Lucy Rand 2/19/24 | Joni Gomes 2/16/2024 |
| Printed Name & Date | Printed Name & Date |

# EXHIBIT B

## Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-405-322**
**Effective Date of Registration:**
April 11, 2024
**Registration Decision Date:**
July 25, 2024

### Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** March 06, 2024 to April 11, 2024

#### Title

**Title of Group:** 34 Degrees March April Shoots
**Number of Photographs in Group:** 16

- **Individual Photographs:** 34DegreesCrispsMarch-EasterProductShoot1, 34DegreesCrispsMarch-EasterProductShoot2, 34DegreesCrispsMarch-EasterProductShoot3, 34DegreesCrispsMarch-EasterProductShoot4, 34DegreesCrispsMarch-EasterProductShoot5
  **Published:** March 2024
- **Individual Photographs:** 34DegreesCrispsApril-WarmWeatherPairingsProductShoot1, 34DegreesCrispsApril-WarmWeatherPairingsProductShoot2, 34DegreesCrispsApril-WarmWeatherPairingsProductShoot3, 34DegreesCrispsApril-WarmWeatherPairingsProductShoot4, 34DegreesCrispsApril-WarmWeatherPairingsProductShoot5
  **Published:** April 2024
- **Individual Photographs:** 34DegreesCrispsApril-PicnicProductShoot1, 34DegreesCrispsApril-PicnicProductShoot2, 34DegreesCrispsApril-PicnicProductShoot3, 34DegreesCrispsApril-PicnicProductShoot4, 34DegreesCrispsApril-PicnicProductShoot4-1, 34DegreesCrispsApril-PicnicProductShoot5
  **Published:** April 2024

#### Completion/Publication

**Year of Completion:** 2024
**Earliest Publication Date in Group:** March 06, 2024
**Latest Publication Date in Group:** April 11, 2024
**Nation of First Publication:** United States

Page 1 of 2

## Author

- **Author:** Joni Jessica Gomes
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Joni Jessica Gomes
269 NW 86th ST, El Portal, FL, 33150, United States

## Rights and Permissions

**Organization Name:** Foodbyjonister LLC
**Name:** Joni Jessica Gomes
**Email:** joni@foodbyjonister.com
**Telephone:** (941)932-6338
**Address:** 269 NW 86th ST
El Portal, FL 33150 United States

## Certification

**Name:** Joni Gomes
**Date:** April 11, 2024

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Basis for Registration: Registration extends to corresponding photographs in contents titles and in deposit.

**EXHIBIT C**


BIG CHEESE TASTE
34°
LIGHT CRACKER CRUNCH
mates
ROSEMARY & GARLIC
CHEESE CRISPS


34°
ROSEMARY
CRISPS
BIG CHEESE TASTE
LIGHT CRACKER CRUNCH
mates
ORIGINAL CHEESE
CRISPS

# EXHIBIT D



Free shipping on orders $35+
Shop Now
Our Story
Recipes
Find a Store
Big Cheese T
Cracker Crun
Introducing Mates Cheese Crisps
Shop Now
Welcome to the Crisp Collective
Be the first to know about our newest product and promotions. Plus, join our community for tasty recipes, snack hacks, and plenty of cheesy jokes!
Email
Continue
No thanks
mates
ORIGINAL CHEESE
BIG CHEESE
LIGHT CRACKER CRUNCH
GLUTEN FREE
REAL CHEESE #1 INGREDIENT
NET WT. 3 OZ (85g)




amazon prime
Deliver to Kelly
El Portal 33150
Grocery & Gourmet Food
Search Amazon
EN
Hello, Kelly
Account & Lists
Returns
& Orders
0
Cart
All
alexa for shopping
Health AI
3 Hour Delivery
Amazon Haul
Medical Care
Prime Video
Keep Shopping For
Amazon Basics
Groceries
Pet Supplies
TNF schedule is out now
Grocery
Deals
Snacks
Breakfast
Warm Beverages
Cold Beverages
Cooking Staples
Baby Food
Candy & Chocolate
Subscribe & Save
International Foods
SNAP-eligible Groceries
Organic MultiGrain Crackers
Shop Milton's CRAFT BAKERS
Sponsored
Grocery & Gourmet Food › Snacks & Sweets › Snack Foods › Crackers › Deli
4 VIDEOS
mates
ROSEMARY & GARLIC CHEESE CRISPS
Click to see full view
Ask a question
Are these cheese crisps low carb?
What are the main ingredients?
Do they contain any artificial flavors?
Why you might like this
Compare with similar
Ask something else
34 Degrees Mates Rosemary Garlic Cheese Crisps - Light & Crispy Gouda Cheese Crackers | Gluten-Free, Low Calorie, Healthy Snack for Adults & Kids - 4 Pack
Visit the 34° Store
4.1 (20) | Search this page
$25.29 ($2.11 / ounce) Price history
prime Tomorrow
With Amazon Business, you would have saved $154.23 in the last year.
Create a free account and save up to 7% today.
May be available at a lower price from other sellers, potentially without free Prime shipping.
Flavor Name: Rosemary Garlic
Caramelized Onion
Original Gouda
Rosemary Garlic
Variety
Size: 3 Ounce (Pack of 4)
3 Ounce (Pack of 4)
$25.29 ($2.11 / ounce)
FREE Delivery Tomorrow
See 1 options with no featured offers
Diet type
Gluten Free
Ingredients
Top highlights
Item details
Measurements
See all product specifications
One-time purchase
$25.29 ($2.11 / ounce)
Price history
prime Tomorrow
FREE delivery Tomorrow, May 19. Order within 3 hrs 1 min
Arrives with upcoming delivery
Deliver to Kelly - El Portal 33150
Only 16 left in stock - order soon.
Quantity: 1
Add to cart
Add to tomorrow's delivery
Ships from Amazon
Sold by Pantry Provisions
Returns Non-returnable due to Food safety reasons
Packaging Ships in product packaging
See more
Subscribe & Save
$25.29 ($2.11 / ounce)
prime
FREE delivery Tomorrow, May 19
Ships from Amazon
Sold by Pantry Provisions
Add to Auto Buy