AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

JONI JESSICA GOMES, an individual,

*Plaintiff(s)*

v.

34 DEGREES, LLC, a limited liability company,

*Defendant(s)*

Civil Action No. 1:26-cv-27603

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* 34 DEGREES, LLC, a Colorado Limited Liability Company
c/o Registered Agent, Craig Scott Lieberman
2773 S Harrison St
Denver, CO 80210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mark Terry, Esq.
Mark Terry, P.A.
10204 NE 2nd Avenue
Miami, FL 33138
786-443-7720
mark@terryfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.




Angela E. Noble
Clerk of Court

SUMMONS

Date: Oct 28, 2026

s/ W. Cendejas

Deputy Clerk
U.S. District Courts